■ MICHAEL MARKOWITZ, et al., Respondents, v SIMON P. GOURDINE, as Commissioner of Consumer Affairs of the City of New York, et al., Appellants. — In a proceeding to quash subpoenas duces tecum, the appeal is from a judgment of the Supreme Court, Kings County (Aronin, J.), dated June 17, 1983, which, *inter alia,* granted the application.

Judgment affirmed, with costs.

Appellants have failed to demonstrate that many of the records demanded in the nonjudicial subpoenas herein bear a reasonable relationship to the subject matter of the investigation (see *Myerson v Lentini Bros. Mov. & Stor. Co.,* 33 NY2d 250). The subpoenas are overbroad. Gibbons, J. P., O'Connor, Weinstein and Lawrence, JJ., concur.